# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY,<br><br>            Defendant.<br>_____/ | CASE NO. 1:11-cv-01612-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 1) |

By a motion filed September 15, 2011, Plaintiff Stephen Garcia seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   September 28, 2011**             /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE

1