UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA MARTINEZ, JOHN DOE, SHERIFF MARGARET MIMMS, and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:11-CV-1612 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 28, 2013 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants have made a motion to dismiss. Doc. 17. Plaintiff has not made any filing in response. Plaintiff is no longer entitled to be heard at oral argument. See Local Rule 230(c).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 28, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　May 21, 2013　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1